In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-043 CR


____________________



EX PARTE GREGORY GUNTER






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 2085 (95822)






MEMORANDUM TO CLERK


 You are directed to make the following correction in the Memorandum Opinion dated
April 5, 2006:

 On page 1, the first line of the first paragraph, change 31, to 3,. 

 You will give notice of this correction in the original Opinion by sending a copy of
the corrected page accompanied by this memorandum to all interested parties who received
a copy of the original Opinion. 

 Entered this 20th day of June, 2006.

 PER CURIAM

 In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-043 CR


____________________



EX PARTE GREGORY GUNTER






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 2085 (95822)






 MEMORANDUM OPINION 


 On January 3, 2006, the trial court denied Gregory Gunter's application for writ of
habeas corpus without conducting an evidentiary hearing or issuing the writ of habeas
corpus. We questioned our jurisdiction over the appeal. Gunter did not file a response. 

 No appeal lies from the refusal to issue writ of habeas corpus unless the trial court
conducts an evidentiary hearing on the merits of the application. See Ex parte Hargett,
819 S.W.2d 866 (Tex. Crim. App. 1991); Noe v. State, 646 S.W.2d 230 (Tex. Crim.
App. 1983). In this case, the trial court did not address the merits of the appellant's
petition. The trial court did not issue a writ of habeas corpus, nor did the court conduct
an evidentiary hearing on the application for the writ. Compare Ex parte Silva, 968
S.W.2d 367 (Tex. Crim. App. 1998); Ex parte McCullough, 966 S.W.2d 529 (Tex. Crim.
App. 1998). We hold we have no jurisdiction over this appeal. Accordingly, it is ordered
that the appeal be dismissed for want of jurisdiction.

 APPEAL DISMISSED.


 ___________________________

 CHARLES KREGER

 Justice 


Opinion Delivered April 5, 2006 

Do Not Publish

Before McKeithen, C.J., Gaultney, and Kreger, JJ.